## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER HALL and PATSY PIERCE, as next friend of the minor N.P., | ) ) ) | Case No. 21 C 2393 |
| Plaintiff, | ) ) ) | Judge Edmond E. Chang |
| v. | ) ) ) | Magistrate M. David Weisman |
| CITY OF CHICAGO POLICE, OFFICER ROMAN, AND UNNAMED CITY OF CHICAGO POLICE OFFICERS, and THE CITY OF CHICAGO, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

*/s/ Ed Fox*

Ed Fox
Attorney for Plaintiffs Alexander Hall &
Patsy Pierce, as next friend of the minor
N.P.
300 W. Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
Attorney No. 6205330
Date: 8/19/21

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

CELIA MEZA
Corporation Counsel
Attorney for City of Chicago

BY: */s/ Caroline Fronczak*
Caroline Fronczak
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 8/24/2021

*/s/ Cheryl Friedman*

Cheryl Friedman
Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 6318488
DATE: 8/20/21